IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BETH GERNENZ, )<br>on behalf of Plaintiff and a class, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BIG PICTURE LOANS, LLC; )<br>MATT MARTORELLO; )<br>EVENTIDE CREDIT )<br>ACQUISITIONS, LLC; )<br>LIONT, LLC; )<br>and JOHN DOES 1-20, )<br>)<br>Defendants. ) | Case No. 2:23-cv-00221-PPS-JEM<br><br>Judge Philip P. Simon<br>Magistrate Judge John E. Martin |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Beth Gernenz ("Plaintiff") dismisses her individual claims against Defendants Big Picture Loans, LLC, Matt Martorello, Eventide Credit Acquisitions, LLC, and Liont, LLC ("Defendants") with prejudice, with each party to bear their own costs and fees. Plaintiff dismisses the claims of the putative classes without prejudice, with each party to bear their own costs and fees.

Respectfully submitted,

*/s/Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)

1

dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on September 6, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                       */s/Matthew J. Goldstein*
                                       Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

3