**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| BETH GERNENZ, on behalf of Plaintiff and a class, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )     Cause Number: 2:23-CV-221-PPS-JEM ) |
| BIG PICTURE LOANS, LLC, *et al.*, | ) ) |
| Defendants. | ) |

### <u>ORDER</u>

Plaintiff, Beth Gernenz, filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 13.] Defendants have not yet filed an answer, motion to dismiss, or motion for summary judgment in this matter.

As the Notice of Voluntary Dismissal [DE 13] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and Plaintiff's individual claims against Defendants Big Picture Loans, LLC, Matt Martorello, Eventide Credit Acquisitions, LLC, and Liont, LLC are **DISMISSED WITH PREJUDICE;** additionally, the claims of the putative classes are dismissed **WITHOUT PREJUDICE**. Each party shall bear their own costs and fees. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: September 7, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**